UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEPHANIE FERNANDEZ, individually and as        Case No. 6:15-cv-1341-Orl-40DAB
personal representative of Samuel Rosario,

      Plaintiff,

v.

ORLANDO HOUSING AUTHORITY,
RHONDA PIERCE, and ELLIS HENRY,
      Defendants.
_____/

## NOTICE OF MEDIATION

      PLEASE TAKE NOTICE that the parties have agreed to mediation in the above-styled case. The mediator will be Stan Strickland, Esquire, and the mediation will take place on Tuesday, **May 31, 2016,** commencing at **10:00 a.m.** at MediateFirst located at 200 E. Robinson Street, Suite 700, Orlando, FL 32801.

      Respectfully submitted,

      */s/ Frank Mari*_____
      Michael J. Roper, Esquire
      Florida Bar No. 0473227
      mroper@bellroperlaw.com
      Secondary: phermosa@bellroperlaw.com
      Frank M. Mari, Esquire
      Florida Bar No. 93243
      fmari@bellroperlaw.com
      Secondary: nlehman@bellroperlaw.com
      Bell & Roper, P.A.
      2707 E. Jefferson Street
      Orlando, FL  32803
      (407) 897-5150
      (407) 897-3332 (fax)
      Counsel for Defendants

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 12th day of February, 2016, a true and correct copy of the foregoing has been filed with the Clerk of Court via the Court's CM/ECF system, which will send an electronic notice to all counsel of record.

*/s/ Frank Mari*
Frank M. Mari, Esquire

cc:  MediateFirst